UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MAURICIO GUERRA,

Plaintiff,

v.

STATE OF NEVADA,

Defendant.

Case No. 3:26-cv-00685-ART-CSD

ORDER

## I. DISCUSSION

Plaintiff, who is incarcerated in the custody of the Nevada Department of Corrections ("NDOC"), has submitted a civil rights complaint and an application to proceed *in forma pauperis* ("IFP") on forms captioned for the Eighth Judicial District Court in Clark County, Nevada. (ECF Nos. 1, 1-1). It is unclear to this Court whether Plaintiff mistakenly or intentionally filed his state-court captioned lawsuit in the United States District Court for the District of Nevada. If Plaintiff mistakenly filed his lawsuit in this Court, he should file a notice of voluntary dismissal in this case and mail his complaint and IFP to the Eighth Judicial District Court. If Plaintiff is attempting to file a lawsuit in this Court, he must file an IFP and complaint on this Court's approved forms.

## II. CONCLUSION

IT IS THEREFORE ORDERED that Plaintiff has **until October 16, 2026**, to either file a notice of voluntary dismissal or file an IFP and complaint on this Court's approved forms.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complaint and either pay the required filing fee or file a complete IFP on this Court's approved forms.

The Clerk of the Court is **INSTRUCTED** to send Plaintiff: (a) the approved form application to proceed *in forma pauperis* for an NDOC inmate with instructions; (b) the approved form for filing a 42 U.S.C. § 1983 complaint with instructions; and (c) copies of his IFP and complaint (ECF Nos. 1, 1-1).

DATED: September 16, 2026.

UNITED STATES MAGISTRATE JUDGE